1
2
3        **UNITED STATES DISTRICT COURT W.D. OF WASHINGTON AT TACOMA**
4
5  **UNITED STATES OF AMERICA,**
6                    **Plaintiff,**                    Case No. CR07-5495
7           v.                                         **ORDER RE: ALLEGATIONS OF VIOLATION OF CONDITIONS OF SUPERVISION BY UNITED STATES PRETRIAL SERVICES**
8  **RICHARD KING,**
9                    **Defendant.**

**THIS MATTER** comes on for hearing on the Petition of the United States Pretrial Services Office alleging that the defendant has violated the conditions of the Appearance Bond supervision as set forth in the Petition filed by U.S. Pretrial Services

The plaintiff appears through Special Assistant United States Attorney, **BARBARA SIEVERS**; The defendant appears personally and represented by counsel, **MICHAEL FILIPOVIC**;

The defendant has been advised of the allegations of (1) use of marijuana and cocaine 12/2/07; and (2) possession of marijuana and cocain 12/2/07; and that he could be detained pending resolution of the underlying charges in the Complaint/Indictment/ or Information if found to be in violation; maximum potential sanction if substantiated; and

The defendant waiving his right to an evidentiary hearing and admitting freely and voluntarily the use of marijuana and cocaine 12/2/07, and the prosecution asking the court to dismiss violation (2) above,

**NOW THEREFORE,**
    1. The court finds the defendant to have violated the conditions of the Order of Release signed by the Honorable Ckynthia Imbrogno, December 21, 2007; and

    2. Defendant is ordered detained for failing to show that he/she will not flee or pose a danger to any other person or the community pursuant to CrR 32.1(a)(1), and CrR 46(c), to be delivered as ordered by the court for further proceedings.

The clerks shall direct copies of this order to counsel for the United States, to counsel for the defendant, the United States Marshal and to the United States Probation Office and/or Pretrial Services Office.

                              **December 5, 2007.**


                              */s/ J. Kelley Arnold*_____
                              **J. Kelley Arnold, U.S. Magistrate Judge**

ORDER
Page - 1