UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>RICHARD MERLE KING,<br><br>　　　　　　Defendant. | Case No. CR07-5495-KLS<br><br>SUMMARY REPORT OF U.S.<br>MAGISTRATE JUDGE AS TO<br>ALLEGED VIOLATIONS<br>OF SUPERVISED RELEASE |

　　　　An initial hearing on a petition for violation of supervised release was held before the undersigned Magistrate Judge on April 10, 2008. The United States was represented by Assistant United States Attorney Annette Hayes, and the defendant by Lynn Hartfield.

　　　　The defendant had been charged and convicted of Driving While License Suspended 2nd Degree in violation of 18 U.S.C. §§ 7 and 13, and RCW 46.61.342, and Negligent Driving 1st Degree in violation of 18 U.S.C. §§ 7 and 13, and RCW 46.61.5249. On or about January 7, 2008, defendant was sentenced by the Honorable Karen L. Strombom to a term of time serve, and one (1) year supervised release.

　　　　The conditions of supervised release included the requirements that the defendant comply with all local, state, and federal laws, and with the standard conditions. Special conditions imposed included, but were not limited to, participation in a substance abuse program, do not drive a vehicle without an ignition interlock device, do not change residence without U.S. Probation approval, alcohol abstinence, and do not drive without a valid license or insurance.

　　　　In a Petition for Warrant or Summons, dated April 4, 2008, U.S. Probation Officer Jerrod

Akins asserted the following violations by defendant of the conditions of his supervised release:

(1) Consuming alcohol on March 30, 2008, in violation of the special condition that he abstain from the use of alcohol and/or other intoxicants during the term of supervision.

(2) Operating a vehicle without a valid license on March 30, 2008, in violation of the special condition that he not drive without a valid license or insurance.

(3) Operating a vehicle on March 30, 2008, in violation of the special condition that he shall only drive a motor vehicle equipped with a functioning ignition lock device for a period of one year.

(4) Failing to report law enforcement contact within 72 hours as instructed, in violation of standard condition no. 11.

The defendant was advised of his rights, acknowledged those rights, and denied alleged violations 1, 2, 3 and 4. An evidentiary hearing is set before the Honorable Karen L. Strombom on April 15, 2008 at 2:00 p.m.

Pending a final determination by the Court, the defendant has been detained.

DATED this 10th day of April, 2008.

*James P. Donohue*

JAMES P. DONOHUE
United States Magistrate Judge

cc: Magistrate Judge:      Honorable Karen L. Strombom
    AUSA:                  Ms. Barbara J. Sievers
    Defendant's attorney:  Mr. Michael Filipovic
    Probation officer:     Mr. Jerrod Akins

SUMMARY REPORT OF U.S. MAGISTRATE
JUDGE AS TO ALLEGED VIOLATIONS
OF SUPERVISED RELEASE
PAGE 2